AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jamie Morrow,

            Plaintiff,

v.

Earth.com Inc.

            Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00731-JCM-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court enters default judgment against Defendant Earth.com Inc. and in favor of Plaintiff Jamie Morrow, in the total of $67,666.99, comprising of $64,800 in statutory damages, $2,180 in attorneys' fees, $569.95 in costs, post-judgment interest at .70% per annum, and that Defendant be permanently enjoined from further infringing conduct.

  1/2/2024                                                 DEBRA K. KEMPI
Date                                                              Clerk

                                                                          /s/ A. Zamora
                                                                          Deputy Clerk